# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walrath, Mary F. | U.S. Bankruptcy Court, D. DE | 04/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

824 N. Market Street, 5th Floor
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Governor (10/11/2014 to 9/30/2015) | National Conference of Bankruptcy Judges |
| 2. | Trustee | Catherine O. Dygert Benefit Trust |
| 3. | Co-President | Collin Seitz American Inn of Court |
| 4. | Business Manager | American Bankruptcy Law Journal |
| 5. | Editor | The Rutter Group |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/23/98 | Jacoby, Donner P.C. termination of interest in law firm payment agreement |
| 2. 1996 | Walrath & Coolidge termination of partnership agreement |
| 3. 1987 | Clark, Ladner, Fortenbaugh & Young partnership agreement, termination rights |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | National Conference of Bankruptcy Judges, American Bankruptcy Law Journal | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | salary from Pepper Hamilton LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Association | 1/23-24 | Atlantic City, NJ | Annual Bankruptcy Conference attendee | lodging, meals, registration fees, parking |
| 2. | American Bankruptcy Institute | 3/2-3/3 | New York, New York | Judge moot court competition | lodging, travel, meals |
| 3. | Southeastern Bankruptcy Law Institute | 3/20-22 | Atlanta, GA | Seminar Speaker | lodging, travel, meals, registration fee |
| 4. | National Conference of Bankruptcy Judges | 4/6-8 | Kansas City, MO | Mid Year Conference | lodging, travel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/30/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bankruptcy Institute | 4/25-27 | Washington, DC | Seminar speaker | lodging, travel, meals, registration fee |
| 6. | Maryland Bankruptcy Bar Association | 5/2-5 | Annapolis, MD | Seminar speaker | lodging, travel, meals, registration fee |
| 7. | National Conference of Bankruptcy Judges | 7/16-19 | Miami, FL | site inspection | lodging, travel, meals |
| 8. | American Bankruptcy Institute | 7/31-8/2 | Cambridge, MD | Seminar speaker | lodging, travel, meals, registration fee |
| 9. | National Conference of Bankruptcy Judges | 10/7-11 | Chicago, IL | Annual Conference | partial reimbursement of lodging, travel, meals |
| 10. | American Bankruptcy Institute | 10/24 | Washington, DC | Seminar speaker | lodging, travel, meals, registration fee |
| 11. | American Bankruptcy Institute | 12/4-7 | La Quinta, CA | Seminar speaker | lodging, travel, meals, registration fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard IRA (S&P 500 Index Fund) | E | Dividend | O | T | | | | | |
| 2. Vanguard S&P 500 Index Fund | B | Dividend | K | T | Sold (part) | 01/07/14 | J | | |
| 3. | | | | | Sold (part) | 04/21/14 | K | | |
| 4. | | | | | Sold (part) | 08/08/14 | K | | |
| 5. Vanguard Health Care Fund | A | Dividend | K | T | Buy (add'l) | 03/27/14 | J | | |
| 6. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 7. Vanguard Primecap Fund | A | Dividend | K | T | Buy (add'l) | 01/08/14 | J | | |
| 8. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 9. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 10. | | | | | Sold (part) | 05/28/14 | J | | |
| 11. | | | | | Buy (add'l) | 07/18/14 | J | | |
| 12. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 13. | | | | | Sold (part) | 12/23/14 | J | | |
| 14. Vanguard Federal Money Market Funds | A | Interest | L | T | | | | | |
| 15. Baird IRA (Franklin Templeton Growth Fund) | A | Dividend | K | T | | | | | |
| 16. Vanguard PA Long Term Tax-exempt Fund | D | Dividend | N | T | Sold (part) | 06/19/14 | K | | |
| 17. Vanguard Energy Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Precious Metals Fund | A | Dividend | K | T | | | | | |
| 19. Vanguard Health Care Fund | C | Dividend | N | T | | | | | |
| 20. Vanguard S&P Index Fund | A | Dividend | J | T | | | | | |
| 21. Vanguard Primecap Fund | B | Dividend | M | T | | | | | |
| 22. Vanguard Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 23. Vanguard Federal Money Market Fund/IRA | A | Interest | L | T | Distributed (part) | 12/31/14 | J | | |
| 24. Vanguard Growth Fund/IRA | A | Dividend | J | T | | | | | |
| 25. Vanguard Primecap/IRA | A | Dividend | J | T | | | | | |
| 26. Delaware Federal Credit Union | A | Dividend | J | T | | | | | |
| 27. USAA Money Market | A | Interest | J | T | | | | | |
| 28. 401(k) Plan Vanguard Primecap Fund | G | Int./Div. | P1 | T | | | | | |
| 29. Vanguard Strategic Equity Fund | A | Dividend | L | T | | | | | |
| 30. Vanguard Growth Index Fund | B | Dividend | M | T | | | | | |
| 31. Vanguard REIT Index Fund | E | Dividend | N | T | | | | | |
| 32. MorganStanley SmithBarney | A | Interest | K | T | | | | | |
| 33. Vanguard Energy Fund | C | Dividend | M | T | | | | | |
| 34. Vanguard S&P 500 Index Fund | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Prime Money Market Fund | A | Interest | L | T | | | | | |
| 36. Catherine O. Dygert Benefit Trust | D | Rent | J | W | | | | | |
| 37. WSFS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII line 28. Pursuant to instructions in the letter dated October 30, 2007, from the Committee, I have listed only the identity of my spouse's 401(k) and the gross value in column C. Per the Audit run for last year's report, I am now including in the income column the amount of market gain/loss experienced by the 401(k).

Part VII line 36. The rental income for the Trust is from a gas lease not from real estate. The value code reflects the cash held by the Trust from the proceeds of the gas lease; the Trust has no interest in the real estate. The real estate is located in Gillette, Bradford County, PA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary F. Walrath**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544